No. 89-1120. CATALINA v. CITY OF COLUMBUS, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 89-1121. WEBB v. MERCK & CO., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 89-1122. CHRISTENSEN v. PETTEY ET AL. Ct. App. Utah. Certiorari denied.

No. 89-1126. SUEHL ET AL. v. IOWA. C. A. 8th Cir. Certiorari denied.

No. 89-1137. RANNELS v. MERIDIAN BANCORP, INC. C. A. 3d Cir. Certiorari denied.

No. 89-1154. SHELL OFFSHORE INC. v. GATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 89-1162. CROMPTON, DBA PRO-PAR INDUSTRIES, INC. v. GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 89-1165. SOUTHWEST FOREST INDUSTRIES, INC. v. SUTTON. C. A. 10th Cir. Certiorari denied.

No. 89-1234. PELULLO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89-1250. MANZI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 89-1252. BASALYGA ET AL. v. PENNSYLVANIA ET AL. Pa. Commw. Ct. Certiorari denied.

No. 89-1269. METRO-GOLDWYN-MAYER, INC., ET AL. v. FRANK MUSIC CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 89-5844. MCKINNEY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 89-6156. VELASQUEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.